1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
2   MICHAEL N. WESTHEIMER  Bar No. 178938
    One Market Plaza
3   Steuart Tower, 8th Floor
    San Francisco, California 94105
4   Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
5   rebecca.hull@sdma.com
    michael.westheimer@sdma.com
6
    Attorneys for Defendants
7   Heald College, Heald College Long Term Disability
    Plan, Metropolitan Life Insurance Co,
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12   JEANNE NOLAN,                          CASE NO. C 05-03399 SC

13              Plaintiff,                  **STIPULATION FOR EXTENSION OF
                                            TIME FOR DEFENDANTS' RESPONSE
14        v.                                TO PLAINTIFF'S COMPLAINT**

15   HEALD COLLEGE; HEALD COLLEGE          Judge:      Hon. Samuel Conti
     LONG TERM DISABILITY PLAN;            Courtroom:  1, 17th Floor
16   METROPOLITAN LIFE INSURANCE
     CO.                                            ORDER
17
                Defendants.
18

19        Pursuant to Northern District Civil Local Rule 6-1(a), plaintiff Jeanne Nolan and

20   defendants Heald College, Heald College Long Term Disability Plan, and Metropolitan Life

21   Insurance Co.,  by and through their attorneys, hereby stipulate and agree to an extension of time

22   for defendants to respond to plaintiff's complaint, and that defendants' response will be filed on

23   or before October 31, 2005.

24   / / /

25   / / /

26   / / /

27   / / /

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
28   / / /

1    There have been no prior extensions of time.

2    IT IS SO AGREED AND STIPULATED.

3    DATED: September 28, 2005        LAW OFFICES OF GEOFFREY V. WHITE

4

5

6    By:  _____
7         Geoffrey V. White
          Attorneys for Plaintiff, Jeanne Nolan

8

9    DATED: September 29, 2005        SEDGWICK, DETERT, MORAN & ARNOLD LLP

10

11   By:  _____
12        Rebecca A. Hull
          Michael N. Westheimer
13        Attorneys for Defendants, Heald College,
          Heald College Long Term Disability Plan,
14        Metropolitan Life Insurance Co.

15

16

17   

18

19

20

21                              Judge Samuel Conti

22

23                              9/29/05

24

25

26

27

28