**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEANNE NOLAN,

      Plaintiff,

        v.

HEALD COLLEGE, et al.,

      Defendants.

_____/

No. C05-03399 MJJ (EDL)

ORDER GRANTING REQUEST TO
CONTINUE SETTLEMENT CONFERENCE

On November 8, 2006, the parties submitted a joint request to continue the November 16, 2006 settlement conference in this matter. Good cause appearing, the request is granted. The Court's courtroom deputy will contact the parties to set a new date.

Dated: November 13, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge