IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JEANNE NOLAN,                              No   C 05-3399 VRW

       Plaintiff,                          ORDER

       v

HEALD COLLEGE; HEALD COLLEGE
LONG-TERM DISABILITY PLAN;
METROPOLITAN LIFE INSURANCE CO;
PACIFIC EDUCATION FOUNDATION,

       Defendants.
                                        /
```

        The court will hear plaintiff's motion for attorney fees and costs, Doc #132, on November 30, 2010 at 10 AM.  At that time, the parties should be prepared to discuss the reasonableness of the rates listed in the Laffey matrix, available at http://www.justice.gov/usao/dc/Divisions/Civil_Division/Laffey_Matrix_8.html, as adjusted for attorneys practicing in the San

Francisco bay area, see <u>In re HPL Technologies, Inc Securities Litigation</u>, 366 F Supp 2d 912, 921-922 (ND Cal 2005) (Walker, CJ). Additional briefing is unnecessary at this time.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge